# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUCKER INDUSTRIAL LIQUID COATINGS, INC., | : | 1:11-cv-1416 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF EAST BERLIN, DAVID RICHARDS, ROBERT CLAYTON, DAVID WOODWARD, and CHARLES PHILLIPS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

## January 13, 2015

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 92) is **GRANTED** and **JUDGMENT** is entered in favor of Defendants.

2. The Clerk of Court is directed to **CLOSE** the file on this case.

                                                                                    s/ John E. Jones III
                                                                                    John E. Jones III
                                                                                    United States District Judge